FREDERICK J. ANDERSON, PROSECUTOR, v. THE MAYOR AND COUNCIL OF THE CITY OF HOBOKEN AND ARTHUR C. MALONE, RESPONDENTS.

Argued May 4, 1948—Decided June 1, 1948.

Before Justices, DONGES, COLIE and EASTWOOD.

For the prosecutor, *Markley & Broadhurst* (*Edward A. Markley* and *James J. Langen*, of counsel).

For the respondents, *Dominick R. Rinaldi* (*E. Norman Wilson*, of counsel).

Per Curiam.

This writ of *certiorari* was allowed to review the refusal to grant a pension to prosecutor. The identical legal points raised by the respondents have been disposed of in *Fallon* v. *City of Hoboken* (*ante, p.* 23?), decided this day, and are controlling.

The resolution of the Board of Commissioners of the Mayor and Council of the City of Hoboken adopted June 10th, 1947, is set aside, with costs.